IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KYLE ROANE,                    )
                               )
          Petitioner,          )
                               )
v.                             )     Civil Action No. 05-654-JJF
                               )
THOMAS CARROLL,                )
Warden,                        )
                               )
          Respondent.          )

**AEDPA ELECTION FORM**

1. _____    I wish the Court to rule on my § 2254
                petition as currently pending.  I realize
                that the law does not allow me to file
                successive or later petitions unless I
                receive certification to do so from the
                United States Court of Appeals for the
                Third Circuit; therefore, this petition
                will be my one opportunity to seek federal
                habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to
                include all the grounds I have.  I will
                do so within thirty (30) days.  I realize
                that the law does not allow me to file
                successive or later petitions unless I
                receive certification to do so from the
                United States Court of Appeals for the
                Third Circuit; therefore, this amended
                all-inclusive petition will be my one
                opportunity to seek federal habeas corpus
                relief.

3. _____    I wish to withdraw my § 2254 petition
                without prejudice to file one all-inclusive
                petition in the future; that is, one
                that raises all the grounds I have for

federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). <u>See</u> <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4. _____ I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.


_____
Petitioner