AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05-654-JJF

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

FILED
OCT 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

___October 4th 05___        ___[signature]___
(Date forms issued)          (Signature of Party or their Representative)

                             ___Kyle Roane___
                             (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action



UNITED STATES POSTAGE
$ 00.37⁰
OCT 20 2005
MAILED FROM ZIP CODE 19977

Clerk of United States
District Court
844 N. King St
Wilm. De.          19801.

I/M Hyte Boane
SBI# 250353 UNIT 7 B-41
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S.M.S. X-RAY