## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **KYLE ROANE**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-654-JJF |
| | : | |
| **THOMAS CARROLL**, | : | |
| | : | |
| Warden, | : | |
| | : | |
| Respondent. | : | |

## NOTICE OF FILING OF STATE COURT RECORDS

1.  Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Kyle L. Roane v. State of Delaware*, No. 454, 2003:

    a.  the appellant's opening brief and appendix;

    b.  the State's answering brief

    c.  and the Court's order issued May 11, 2004.

2.  Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Kyle L. Roane v. State of Delaware*, No. 45, 2005:

    a.  the appellant's opening brief with attachments;

    b.  the State's answering brief

    c.  and the Court's order issued August 12, 2005.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500

Date: December 21, 2005

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of this Court, hereby certifies that on December 21, 2005 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and caused to be hand delivered paper copies of the records listed therein with the Clerk's Office.  I hereby certify that on December 21, 2005  I have also caused to be mailed by first class U.S. Mail two copies of the document (and the records listed therein) to the following non-registered participant, the petitioner:

> Kyle Roane (No. 00250352)
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: December 21, 2005