IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYLE ROANE, | : |
|         Petitioner, | : |
| v. | : Civ. Act. No. 05-654-JJF |
| THOMAS CARROLL, Warden, and CARL C. DANBERG, Attorney General of the State of Delaware, | : |
|         Respondent. | : |

<u>O R D E R</u>

At Wilmington, this 16 day of October, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Kyle Roane's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

                                                          /s/ Joseph J. Farnan, Jr.
                                                        UNITED STATES DISTRICT JUDGE